DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL ROSILLO-CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>RAUL ROSILLO-CASTILLO,<br><br>　　　　　*Defendant*. | NO. 1:09-CR-0287 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:　October 19, 2009<br>Time:　9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for September 21, 2009 at 9:00 a.m. may be continued to **October 19, 2009 at 9:00 a.m.**

　　　This stipulation is entered into at the defendant's request as additional time is necessary because the presentence investigation report is not available in this case.

///
///
///
///
///
///
///

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

McGREGOR W. SCOTT
United States Attorney

DATED: September 15, 2009    By:  /s/ *Karen A. Escobar*
KAREN A. ESCOBAR
Assistant U.S. Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: September 15, 2009    By /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
Raul Rosillo-Castillo


IT IS SO ORDERED.

**Dated:   September 15, 2009**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg

2